

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

BARBARA WEBB,  §
  §
    Applicant,  §
  §
VS.  § NO. 4:08-CV-234-A
  §
NATHANIEL QUARTERMAN,  §
Director, Texas Department of  §
Criminal Justice,  §
Correctional Institutions  §
Division,  §
  §
    Respondent.  §

### O R D E R

Came on for consideration the above-captioned action wherein Barbara Webb is applicant and Nathaniel Quarterman, Director, Texas Department of Criminal Justice, Correctional Institutions Division, is respondent.[1] This is an application for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. On February 3, 2009, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation, and ordered that the parties file objections, if any, thereto by February 24, 2009. Copies of the proposed findings, conclusions, and recommendation were sent to applicant's last known address[2] and respondent. Timely objections have not been filed. After thorough consideration, the court accepts the proposed findings,

---

[1] Applicant refers to her application as a "petition" and to herself as "petitioner." Consistent with the language of 28 U.S.C. § 2254, the court uses the terms "applicant" and "application" instead of "petitioner" and "petition."

[2] Applicant was released on parole on January 20, 2009, and has not notified the court of her current address.

conclusions, and recommendation of the United States Magistrate Judge. Therefore,

The court ORDERS that the application be, and is hereby, dismissed.

SIGNED February 25, 2009.

_____
JOHN McBRYDE
United States District Judge